

# AKIN & SALAMAN PLLC

**45 BROADWAY**
**SUITE 1420**
**NEW YORK, NEW YORK 10006**
Tel. (212) 825-1400    Fax. (212) 825-1440

| | |
|---|---|
| Zafer A. Akin | Justin Ames |
| Robert D. Salaman | Olena Tatura |
| | Kayla Callahan |
| | Hakan Sen |
| --------------------------------------- | --------------------------------------- |
| **Partners** | **Associates** |

October 4, 2024

**Via ECF**

Hon. Jessica G. L. Clarke
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The motion at ECF No. 62 is DENIED without prejudice.
>
> SO ORDERED.
>
> *Jessica Clarke*
>
> JESSICA G. L. CLARKE
> United States District Judge
>
> Dated: October 8, 2024
>         New York, New York

Re:   *Ethan Ryan Ford and Emilio Gomez on behalf of themselves, FLSA Collective Plaintiffs and the Class v. Audrey Signs Inc., Bob Black, Harriet Black*
[Case No. 1:21-cv-9262-GHW]

Dear Judge Clarke:

We represent the Plaintiffs Ethan Ford ("Mr. Ford") and Emilio Gomez ("Mr. Gomez") (collectively Plaintiffs) in the above referenced matter. Defendants Audrey Signs, Inc. ("Audrey Signs"), Bob Black ("Mr. Black"), Harriet Black ("Mrs. Black") (collectively "Defendants") are represented by Rudy A. Dermesropian, Esq. of the Law Offices of Rudy A. Dermesropian, LLC. I write to the court to formally withdraw Plaintiffs' September 17, 2024, Motion to Enforce Judgment (Dkt. #62) without prejudice. I thank the court for attention to this matter.

Very truly yours,

**Akin & Salaman PLLC**

*/s/ Kayla S. Callahan*
_____
Kayla S. Callahan

cc: All counsel of record (via ECF)