UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ETHAN RYAN FORD and EMILIO GOMEZ,

                Plaintiffs,

-against-

AUDREY SIGNS INC., et al.,

                Defendants.

21-CV-9262 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      Defendants are HEREBY ORDERED to provide the Court with a status update regarding their payment of the agreed-upon settlement, *see* ECF No. 61, by no later than April 25, 2025. If payment has not been made or Defendants fail to respond, the Court will issue Plaintiff's proposed order and judgment, filed at ECF Nos. 71-3 and 71-4.

Dated: April 2, 2025
       New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge