# LAW OFFICES OF RUDY A. DERMESROPIAN, LLC

**Rudy A. Dermesropian**
rad@dermesropianlaw.com

810 SEVENTH AVENUE
SUITE 405
NEW YORK, NY 10019
Ph.: 646-586-9030
Fax: 646-586-9005
www.dermesropianlaw.com

April 25, 2025

Affiliate Office:
Skillman, NJ

**Via ECF**

The Honorable Jessica G. L. Clarke
United States District Judge United
States District Court Southern
District of New York  500 Pearl
Street
New York, NY 10007

**MEMO ENDORSED**

Re:  *Ethan Ryan Ford and Emilio Gomez on behalf of themselves, FLSA Collective Plaintiffs and the Class v. Audrey Signs Inc., Bob Black, Harriet Black*
**[Case No. 1:21-cv-9262-GHW]**

Dear Judge Clarke:

This office represents the Defendants Audrey Signs, Inc., Bob Black and Harriet Black in the above-referenced matter. On April 2, 2025, Your Honor issued an Order ordering the Defendants to "provide the Court with a status update regarding their payment of the agreed-upon settlement, *see* ECF No. 61, by no later than April 25, 2025." [See ECF No. 73]. As the Court is aware, on February 24, 2025, counsel for the Defendants filed a Declaration in opposition to Plaintiffs' motion for entry of judgment stating that "due to the same financial hardship and lack of liquidity that Defendants have been plagued with for almost two (2) years, they were unable to make the January and February 2025 payments" and that "on February 17, 2025, my office was put on notice that Defendant Bob Black was involved in a very serious accident while riding his bicycle causing serious injuries to his face, back and neck. As of this moment, his spouse Harriet Black remains by his side to care for him during his recovery. A photograph of Bob Black was shared with my office while in the hospital." [See ECF No. 72]. Since the issuance of the foregoing Order, I sent emails on April 3, 7, 10 and 21 to the Defendants, included a copy of the Order and requested an update before today's deadline. I have unfortunately not received a response.

In addition, with this letter, I seek leave of Court to renew my motion to withdraw as counsel on behalf of Defendants, which was originally filed on July 11, 2023. We thank the Court for its time and consideration of this matter.

Respectfully submitted,
*/s/ Rudy A. Dermesropian*
Rudy A. Dermesropian

cc: All counselors of record (via ECF)

Defendants (via E-mail)

As outlined at ECF No. 73, given that payment has not been made, the Court will issue Plaintiff's proposed order and judgment, filed at ECF 71-3 and 71-4. If counsel for Defendants seeks to withdraw representation, counsel must properly file a motion requesting withdrawal. The Clerk of Court is respectfully directed to terminate ECF No. 71.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: April 28, 2025
New York, New York